AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
El Dorado Division

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
May 16, 2024
OFFICE OF THE CLERK

IN THE MATTER OF THE SEARCH OF A DARK GRAY FORD F-150 REGULAR-CAB PICKUP, BEARING ARKANSAS LICENSE PLATE NUMBER 164 XHA AND VEHICLE IDENTIFICATION NUMBER (VIN) 1FTRF12265KC58495, CURRENTLY HELD IN LAW ENFORCEMENT CUSTODY AT 250 AMERICAN ROAD, EL DORADO, UNION COUNTY, ARKANSAS, IN THE WESTERN DISTRICT OF ARKANSAS

No. 1:24-cm-15

**Filed Under Seal**

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*:
**See "Attachment A"**

located in the Western District of Arkansas there is now concealed *(identify the person or describe the property to be seized)*:
**See "Attachment B"**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[×] evidence of a crime;

[×] contraband, fruits of crime, or other items illegally possessed;

[×] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to violations, in the Western District of Arkansas, of:

| Code Section: | Offense Description: |
|---|---|
| 18 U.S.C. §§ 2113(a) & 2113(d) | Armed bank robbery |
| 18 U.S.C. § 924(c) | Possessing a firearm in furtherance of a crime of violence |

The application is based on these facts: **See attached affidavit of SA Issac Brown, Jr., FBI**

[×]   Continued on the attached sheet.

[ ]   Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

(Appearing by telephone conference call at 870-330-8301)
SA Issac Brown, Jr., Federal Bureau of Investigation, *Affiant*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by appearing via telephone conference call at 870-330-8301.

Date: May 16, 2024

City and state: Texarkana, AR

*Judge's signature*

Hon. Barry A. Bryant, United States Magistrate Judge, W. D. Ark.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A DARK GRAY FORD F-150 REGULAR-CAB PICKUP, BEARING ARKANSAS LICENSE PLATE NUMBER 164 XHA AND VEHICLE IDENTIFICATION NUMBER (VIN) 1FTRF12265KC58495, CURRENTLY HELD IN LAW ENFORCEMENT CUSTODY AT 250 AMERICAN ROAD, EL DORADO, UNION COUNTY, ARKANSAS, IN THE WESTERN DISTRICT OF ARKANSAS | Case No. \_\_\_\_1:24-cm-15\_\_\_\_<br><br>**Filed Under Seal** |

## **AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Issac Brown Jr., being duly sworn, depose and state the following:

### INTRODUCTION

1. I am a Special Agent with the FBI and have been since September 2021. I am currently assigned to the Little Rock Division, El Dorado Resident Agency where I am charged with investigating violations of various federal criminal laws. I have been trained and/or involved in various aspects of criminal investigations, including among other things, conducting victim/witness/subject interviews, debriefing defendants, sources, and informants; conducting surveillance or undercover operations; executing arrest and search warrants; monitoring Title III wiretaps; and analyzing documentary and physical evidence. During my employment with the FBI, I have received training concerning fraud, violent crimes, corruption, civil rights and have been involved in the investigations of numerous federal offenses. Included in my responsibilities are overseeing and conducting federal investigations in relation to violations of 18 U.S.C. §§ 2113(a) and 2113(d) (armed bank robbery), and 18 U.S.C. § 924(c) (possessing a firearm in furtherance of a crime of violence).

2. The information in this Affidavit is based on my personal involvement in the investigation of this case, as well as law enforcement reports, records and interviews, information received from other law enforcement agents involved in the investigation, my own experience and training, and the experience and training of other agents and criminal investigators.

3. This affidavit is submitted in support of an application for a search warrant for a vehicle seized from Melvin Wiltshire on April 2, 2024, described as a dark gray Ford F-150 pickup truck bearing Arkansas license plate number 164 XHA and vehicle identification number 1FTRF12265KC58495, which is further described and depicted in Attachment A hereto (hereinafter "SUBJECT VEHICLE"), and the property located therein, for evidence, fruits and/or instrumentalities of violations of 18 U.S.C. §§ 2113(a) and 2113(d) (armed bank robbery), and 18 U.S.C. § 924(c) (possessing a firearm in furtherance of a crime of violence), as described more particularly in Attachment B.

4. I am familiar with the information contained in this Affidavit based upon the investigation I have conducted to date and based on my training and conversations with other law enforcement officers who have engaged in numerous investigations involving the possession of firearms during crimes of violence.

5. Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

6. As a result of the investigation described more fully below, there is probable cause to believe that evidence, fruits, and/or instrumentalities of violations of federal law, including

violations of 18 U.S.C. §§ 2113(a) and 2113(d), and 18 U.S.C. § 924(c), are presently concealed on and within the SUBJECT VEHICLE.

## JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because the property to be searched and the items to be seized are located with the Western District of Arkansas, and the items to be seized are relevant evidence of a criminal offense or offenses occurring within the Western District of Arkansas, as described herein.

## PROBABLE CAUSE

8. On April 2, 2024, Union County Sheriff's Office (UCSO) Chief Deputy Charlie Phillips notified FBI Little Rock, El Dorado Resident Agency, of a bank robbery at Simmons First National Bank, located at 9652 Strong Highway, on the north side of the highway, in Strong, Arkansas (hereinafter "Simmons Bank"). Simmons Bank has provided documentation showing that, at the time of the April 2, 2024, robbery, its deposits were insured by the Federal Deposit Insurance Corporation (FDIC). Strong, Arkansas, is in Union County, in the Western District of Arkansas. When UCSO deputies responded to the call, three Simmons Bank employees (hereinafter "Witnesses 1", "Witness 2" and "Witness 3", or, collectively, the "Bank Employees") reported that, at approximately 3:55 PM, on April 2, 2024, an unknown older white male, wearing blue jeans, a dark hooded shirt, black-framed glasses with clear lenses, and a camouflage mask covering his face from the nose down (hereinafter the "Subject"), had robbed the bank while armed with a small, black revolver handgun. The Bank Employees reported that the Subject pointed the firearm at them and demanded money from their teller drawers. They also said the Subject was carrying a green and black colored backpack and had instructed Witness 1 to place money in it.

The Bank Employees further reported that the Subject had instructed them to get down on the floor, and to remain there for two (2) minutes after he left. After the Bank Employees placed cash in the green and black backpack, the Subject took it and left the bank on foot. Simmons Bank management has since conducted an audit to determine the amount of money taken in the robbery, and has now advised that the amount was twenty-three thousand, eight hundred fifty dollars ($23,850.00) in U.S. Currency. Witness 2 reported that the cash stolen by the Subject was primarily in the form of fifty-dollar ($50) and one hundred-dollar ($100) bills.

9.  FBI agents, including myself, responded to Simmons Bank shortly after being notified of the robbery. There, investigators obtained and reviewed Simmons Bank's surveillance camera video. The relevant video contains five (5) camera views, and is date/time stamped between April 2, 2024, at approximately 15:55:00, and April 2, 2024, at approximately 15:59:00. Video from an exterior bank camera, captured at about 3:55 PM on April 2, 2024, shows the Subject, dressed in a gray hooded shirt and blue jeans, walking from the direction of a wooded area that lies to the north of Simmons Bank, and entering through the bank's western door. After the Subject enters the bank, video from an interior camera shows him holding a black and green bag in his left hand, and pulling a small, black revolver handgun from his right-side waistline. The Subject is then seen approaching and pointing the firearm at the Bank Employees and instructing one to place money in the green and black bag. The Subject is also seen pointing the firearm and gesturing for the Bank Employees to get down on the floor and face the wall. At approximately 3:57 PM, video from an exterior bank camera shows the Subject leaving Simmons Bank carrying the green and black bag and walking back toward the wooded area from which he had originally approached the bank.

10. In responding to the robbery on April 2, 2024, UCSO deputies spoke to a local resident (Witness 4) near Pecan Street, in Strong, Arkansas. Pecan Street is a short street running north from its intersection with Strong Highway. The intersection of Pecan Street and Strong Highway is approximately 540 feet west of the Simmons Bank parking lot entrance, which is also on the north side of Strong Highway. Witness 4 reported that (at around the time of the robbery), they saw an individual running from the direction of Simmons Bank toward a wooded area, being pursued by dogs. UCSO Lieutenant Austin McCuistion observed that a chain-link fence between Simmons Bank and the wooded area to its north had been cut from top to bottom.

11. Another person (Witness 5) told UCSO that they had seen an older white male, driving a gray pick-up truck south on North Hickory Street, in Strong, Arkansas. Like Pecan Street, North Hickory Street runs north from its intersection with Strong Highway. The intersection of North Hickory Street and Strong Highway is approximately 1/3 of a mile west of the Simmons Bank parking lot entrance, which is also on the north side of Strong Highway. Like Pecan Street, North Hickory Street essentially 'dead ends' at the same wooded area that lays north of Simmons Bank. Deputies interviewed Witness 5, whose personal security camera had captured video of the truck in question as it passed their residence on North Hickory Street. Still images from that video, which is time stamped, show an older, dark gray Ford F-150 regular cab pickup truck passing Witness 5's residence, southbound on North Hickory Street, at approximately 4:45 PM on the day of the Simmons Bank robbery. The video shows that the F-150's front wheels were noticeably darker in color than its rear wheels, possibility indicating an accumulation of brake dust. Additional still images from Witness 5's security camera showed that the same dark gray F-150 had passed Witness 5's residence, headed north on North Hickory Street, at about 7:13 AM

the same day—prior to the bank robbery. Because Witness 5's residence is very near the northern terminus of North Hickory Street (where the street essentially 'dead-ends' at the aforementioned wooded area), investigators suspected that the dark gray F-150 may have continued into the wooded area, via a narrow unpaved track that begins at the northern terminus of North Hickory Street. Given that the Suspect approached Simmons Bank from, and later fled in the direction of, the wooded area to the north of the bank and North Hickory and Pecan streets, the dark gray F-150 was identified as a possible suspect vehicle.

12. Because the available information indicated the Suspect had fled north from Simmons Bank, toward the wooded area, El Dorado Police Department (EPD) Sergeant Logan Owens deployed a certified law enforcement scent-tracking canine in the vicinity of the wooded area that lays to the north of Simmons Bank, Pecan Street, and North Hickory Street. While doing so, Sgt. Owens observed what he believed to be fresh human footprints near the northern terminus of Pecan Street. The footprints appeared to Sgt. Owens to have been made by a person walking or running west, away from Simmons Bank and toward North Hickory Street. Sgt. Owens' canine also tracked a scent from the area at the northern terminus of Pecan Street to a section of the unpaved track that runs into the wooded area from the northern terminus of North Hickory Street. In the area where that scent trail apparently ended (based on Sgt. Owens' explanation of his canine's behavior), officers observed and photographed what appeared to be tire tracks left in the ground.

13. At approximately 7:15 PM on April 2, 2024, UCSO Lieutenant Austin McCuistion observed a dark gray regular cab Ford F-150 pickup, bearing expired AR license plate number 164 XHA, traveling east on Strong Highway, in Union County. This truck's front wheels are noticeably darker in color than its rear wheels, being apparently coated in brake dust. In make,

model, age, color, and other features, it appears identical to the dark gray Ford F-150 seen approaching, and later driving away from, the aforementioned wooded area before and after the Simmons Bank robbery. Having observed this truck, Lt. McCuistion saw it pull into the parking lot of a Dollar Saver store located at 9217 Strong Highway, in Strong, Arkansas. After it parked in the lot, a white male exited the F-150's driver seat. Law enforcement officers then approached the driver, who was identified as Melvin WILTSHIRE, age 55, of Mount Ida, Arkansas. WILTSHIRE's age, build and descriptors, including his dark framed glasses with clear lenses, fit those of the Subject who robbed the Simmons Bank earlier the same day, as described by witnesses and seen on the bank's security video. WILTSHIRE declined to answer questions and asked for an attorney. WILTSHIRE was taken into custody by UCSO on state charges relating to the Simmons Bank robbery. Records of the Arkansas Department of Finance and Administration's Office of Motor Vehicles show that Arkansas license plate number 164 XHA is assigned to a gray Ford F-150 pickup, which is registered to Melvin Wiltshire, of Mount Ida, Arkansas.

14.     As WILTSHIRE was the only occupant of the dark gray Ford F-150 he had been driving, and since the truck would otherwise be abandoned on private property following WILTSHIRE's arrest, UCSO had it towed from the Dollar Saver parking lot. Before the truck was released to the wrecker service, however, the truck's contents were inventoried consistent with UCSO policy. During the inventory of WILTSHIRE's dark gray F-150, four (4) unspent Federal brand .38 Special caliber pistol cartridges were found in the truck. These were seized as evidence by UCSO, given that .38 Special is a caliber most often used in revolver-type handguns like the one used in the Simmons Bank robbery. Investigators also noted that the tread pattern of one or more of the tires on WILTSHIRE's F-150 appears to match the pattern of the tire tracks that

officers saw and photographed in the wooded area toward which the Suspect had fled after the Simmons Bank robbery. After it was inventoried, WILTSHIRE's truck was towed to a Union County law enforcement facility, where it has remained secure and un-accessed at all times, pending this search warrant application.

15. Following WILTSHIRE's arrest, and the impoundment of his dark gray F-150, federal and state investigators returned to the vicinity of Simmons Bank to search the wooded area to the north of the bank for evidence connected with the robbery. Walking northwest from Simmons Bank (toward the area of North Hickory Street where Witness 5's security camera captured the dark gray F-150, following the robbery), EPD Sgt. Logan Owens found a green multi-camouflage bag. The bag contained a black Weihrauch 'Windicator' .38 special caliber revolver bearing serial number 1776745 (hereinafter the "Revolver"), a pair of blue jeans, a gray T-shirt, a gray hoodie shirt, brown boots, a box of blue medical-style face masks, water bottles, and an aerosol can of scent-masking spray, of a type commonly used by hunters. The clothing items and firearm match the description of the items used in the bank robbery. The black revolver's cylinder was found to be loaded with five (5) rounds of unspent, Federal brand, .38 Special caliber ammunition, leaving one of its six (6) chambers empty. All of these items were seized as evidence.

16. Approximately twenty to thirty yards from where Sgt. Owens found the multi-camouflage bag, officers also found a green and black backpack. This backpack matched the description of the backpack carried by the Suspect during the Simmons Bank robbery. Inside the green and black backpack, officers found twenty-one thousand, two hundred fifty ($21,250.00)[1] dollars in U.S. currency, which was in fifty-dollar ($50) and one hundred-dollar ($100) denominations. Also recovered from the green and black backpack were a camouflage mask and

---

[1] This amount was mistakenly reported as $21,150.00 in a prior affidavit, but is corrected here.

wire cutters—the latter being of a type which might be used to cut a chain-link fence. All of these items were also seized as evidence.

17. After the robbery, your Affiant submitted a firearm trace request regarding the Revolver to the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), National Tracing Center. In response, ATF provided information indicating that the Revolver was originally purchased at an Atwoods Ranch and Home store in Union County, Arkansas, by Melvin Wiltshire, of Mount Ida, Arkansas. Transaction records obtained from the store itself have since confirmed that WILTSHIRE purchased the Revolver at that store on July 17, 2022.

18. On April 17, 2024, FBI Special Agents interviewed Gage Wiltshire at a camper trailer located at 3605 East Main Street, Lot Number 8, El Dorado, Arkansas. Gage Wiltshire is Melvin Wiltshire's adult son. Gage informed Agents that his father, WILTSHIRE, had been living in the camper trailer for some time. Gage confirmed that WILTSHIRE owns a black .38 special caliber revolver, and told agents that WILTSHIRE commonly keeps Federal brand ammunition inside the SUBJECT VEHICLE. Gage stated that WILTSHIRE often keeps only 5 of his revolver's 6 chambers loaded, as he believes it to be safer. Gage also told Agents that several clothing items, such as shirts and pants, may be located within the SUBJECT VEHICLE. Gage, who also owns the camper trailer where WILTSHIRE had been living, gave agents consent to search it. During the ensuing consent search, several items, including wireless phones which Gage identified as WILTSHIRE's, were found and seized from the camper trailer. The remaining unrecovered cash from the April 2 robbery (approximately $2,600.00) was *not* found in the camper trailer.

19.     Considering the above, I have probable cause to believe that evidence, fruits and/or instrumentalities of violations of 18 U.S.C. §§ 2113(a) and 2113(d), and 18 U.S.C. § 924(c), presently remain concealed on and within the SUBJECT VEHICLE. Among other things: A) I have probable cause to believe that WILTSHIRE used the SUBJECT VEHICLE in preparing for, traveling to, and fleeing from the April 2 robbery described above; B) items of relevant physical evidence have already been seized from the SUBJECT VEHICLE, during a routine, non-exhaustive, inventory; C) approximately $2,600.00 stolen from Simmons Bank remains unaccounted for, having not been recovered from the bags in the wooded area, or from the camper trailer WILTSHIRE was living in at the time of the robbery; and D) only about three hours and 18 minutes (3:18) elapsed between the above-described robbery and the seizure of the SUBJECT VEHICLE. From my training and experience, I believe WILTSHIRE's willingness to drive the SUBJECT VEHICLE openly about the small town of Strong, Arkansas, only hours after the robbery, reveals his confidence that law enforcement had not connected the SUBJECT VEHICLE to that crime. In view of that, and the other evidence described above, I have probable cause to believe that WILTSHIRE did not purge the SUBJECT VEHICLE of all evidence, fruits and instrumentalities of the robbery, prior to the SUBJECT VEHICLE's seizure.

## CONCLUSION

20.     Based on the foregoing, I respectfully submit that there is probable cause to believe that evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. §§ 2113(a) and 2113(d) (armed bank robbery), and 18 U.S.C. § 924(c) (possessing a firearm in furtherance of a crime of violence), as described in Attachment B, are presently located and concealed on and within the SUBJECT VEHICLE described in Attachment A.

21. I therefore respectfully request that the attached warrant be issued, authorizing the search of the SUBJECT VEHICLE described in Attachment A, and the seizure of the items listed in Attachment B.

Respectfully submitted,

(Appearing by telephone conference call at 870-330-8301)
Issac Brown, Jr.
Special Agent
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1, by appearing via telephone conference call at 870-330-8301 on this 16th day of May, 2024.

_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### DESCRIPTION OF THE PROPERTY TO BE SEARCHED

The property to be searched is a dark gray Ford F-150 regular-cab pickup, bearing Arkansas license plate number 164 XHA and Vehicle Identification Number (VIN) 1FTRF12265KC58495, which is currently secured at a law enforcement facility located at 250 American Road, El Dorado, Union County, Arkansas, in the Western District of Arkansas (hereinafter the "Subject Vehicle"). Four (4) photographs of the Subject Vehicle follow:



## Attachment A (continued)

### (Page 2 of 3)





## Attachment A (continued)

### (Page 3 of 3)



## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED

1. The items to be seized include all evidence, fruits and/or instrumentalities of violations of Title 18, United States Code, Sections 2113(a) and 2113(d) (armed bank robbery) and Title 18, United States Code, Section 924(c) (possession of a firearm in furtherance of a crime of violence), including but not limited to:

   a. Clothing items, such as shirts, pants, jackets, shoes, masks/facial coverings, gloves, and any items that may contain DNA or trace evidence material;

   b. Live or unspent ammunition, spent ammunition shell casings, and any and all firearms/ammunition purchase records or receipts;

   c. Four (4) vehicle tires to include three (3) Americus Touring CUV, 265/65R17 112T M+S tires, and one (1) Bridgestone Dueler H/T P265/65R17 110S M+S tire, for tire tread analysis;

   d. U.S. currency and currency equivalents such as cashier's checks, traveler's checks, money orders, and bank drafts, or precious metals, diamonds, gemstones, jewelry, and other types of valuable items that may be deemed proceeds from bank robbery;

   e. All documents, records, and property (whether in the form of printed documents or stored in electronic or digital form) that constitute or contain instrumentalities, fruits, or evidence of the commission of the offenses described above, including, but not limited to:

      (1) Books, records, receipts, notes, bank statements, and other bank records, money drafts, letters of credit, money orders, cashier's checks, and other monetary instruments, passbooks, bank checks, safe deposit box keys and records, and items evidencing the obtaining, secreting, transfer, concealment, and/or expenditure of proceeds from the bank robbery;

      (2) Indicia of occupancy, residency, and/or ownership of property including but not limited to canceled mail, deeds, leases, rental agreements, photographs, vehicle registration and repair paperwork, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

## Attachment B (continued)

### (Page 2 of 2)

(3). Papers, tickets, notes, schedules, receipts, and other items relating to domestic or international travel;

(4) Photographs in paper or digital form and/or videos of the subjects of the investigation, co-conspirators, assets;

(5) Cellular telephones, pagers, or other electronic devices or documents which reflect names, addresses, telephone numbers, contact information, correspondences, text messages and or emails of subjects of the investigation, their criminal associates, and financial institutions;

2. During the course of the search, photographs of the SUBJECT VEHICLE may also be taken to record the condition thereof, and/or the location of items found therein.